ATTORNEY'S NAME: Bagneris, Michael G 02658
AND ADDRESS: 935 Gravier Street 1702, New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2020-08311     DIVISION: J     SECTION: 15

**HUBBARD, MARYANN**

Versus

**WINN DIXIE STORES, INC. D/B/A WINN DIXIE STORE #1472, ET AL**

## CITATION

TO: WINN DIXIE STORES, INC. D/B/A WINN DIXIE STORE #1472
THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 5, 2020**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Valerie West, Deputy Clerk

---

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within **Petition for Damages** ON WINN DIXIE STORES, INC. D/B/A WINN DIXIE STORE #1472 THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY Returned the same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER   RETURN SERIAL NO.   DEPUTY   PARISH | On this _____ day of _____ served a copy of the within **Petition for Damages** ON WINN DIXIE STORES, INC. D/B/A WINN DIXIE STORE #1472 THROUGH: ITS REGISTERED AGENT: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said WINN DIXIE STORES, INC. D/B/A WINN DIXIE STORE #1472 being absent from the domicile at time of said service. Returned the same day No. _____ Deputy Sheriff of _____ |

ID: 10545606     Page 1 of 1

FILED

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

NO. 2020-08311   DIVISION "___"   SECTION ___

**MARYANN HUBBARD**

**VERSUS**

**WINN DIXIE STORES, INC. d/b/a**
**WINN DIXIE STORE #1472**
**and ABC INSURANCE COMPANY**

**SECTION 15**

Filed: _____

_____ **Deputy Clerk**

## PETITION FOR DAMAGES

THE PETITION of MARYANN HUBBARD, a person of the full age of majority and resident of the Parish of Orleans, respectfully represents:

I.

The following parties are made defendants:

(a) WINN DIXIE STORES, INC. d/b/a WINN DIXIE STORE #1472 (collectively "Winn Dixie"), a company organized to do and doing business under the laws of and in the State of Louisiana, and at all times mentioned herein transacted business as Winn Dixie Store #1472; and

(b) ABC INSURANCE COMPANY, a foreign insurance company authorized to do and doing business under the laws of and in the State of Louisiana, and at all times mentioned herein had in full force and effect, a policy of insurance covering the Defendant, Winn Dixie Stores, Inc. d/b/a Winn Dixie Store #1472.

II.

On or about January 28, 2020, Petitioner, Maryann Hubbard, accompanied by her brother, Chester, was shopping at the Winn Dixie Store #1472, located at 401 North Carrollton Avenue, New Orleans, Louisiana.



1

III.

On said date, Petitioner, was leisurely perusing the merchandise on the Winn Dixie Store shelves, when suddenly and without warning, she slipped and fell on an unknown liquid substance on the isle floor of the store, causing Petitioner to sustain bodily injuries and emotional distress.

IV.

The unknown substance on the Winn Dixie floor was dripping from boxes that were placed on top of a metal cart standing unattended in the store isle.

V.

EMS and a Fireman appeared on the scene. One of the Firemen also began to slip on the unknown substance, but righted himself before he fell. The Fireman admonished the Winn Dixie Manager to post caution signs to warn customers and avoid further customer injuries.

VI.

Petitioner was taken by EMS to Touro Infirmary Hospital for emergency treatment.

VII.

After her release from the hospital, Petitioner began a course of treatment at the Mid City Health Care Center, located at 3909 Bienville Avenue, New Orleans, Louisiana.

VIII.

Since the accident of January 28, 2020, Petitioner began suffering with constant headaches.

IX.

Petitioner's headaches were relentless and so severe that she was admitted to Touro for a second time and remained in the hospital for approximately one (1) week.

X.

The sole and proximate cause of Petitioner's accident was the gross and wanton negligence of the Defendant, Winn Dixie Store #1472, which includes, but not limited to, the following:

2

a) failing to provide and maintain safe flooring;

b) failing to provide and maintain a safe walkway;

c) failing to properly store and secure an unknown liquid substance;

d) failing to detect and monitor a safety hazard;

e) failing to post caution signs;

f) failing to properly warn customers of a safety hazard;

g) failing to properly clean hazardous flooring;

h) failing to properly dispose of a hazardous substance;

i) failing to properly implement and maintain safety procedures;

j) failing to do what should have been done; and

k) any and all other acts of negligence inherent in these pleadings or which may appear by discovery or at the trial of this case.

## XI.

As a result of the Defendant, Winn Dixie's, negligence Petitioner sustained traumatic personal and physical injuries, mental anguish and inconvenience.

## XII.

Petitioner, Maryann Hubbard, itemizes the damages sustained by her as a result of the accident caused by the Defendant, Winn Dixie, include, but not limited to, the following:

a) pain and discomfort to her left shoulder and arm;

b) head injury;

c) continuous headache pain;

d) impaired vision;

e) impaired walking ability;

f) stroke;

g) impaired cognitive abilities; and

h) loss of enjoyment of routine activities.

3

FILED

2020 OCT -1 PM 2: 04

CIVIL
DISTRICT COURT

**WHEREFORE**, Petitioner, MARYANN HUBBARD, prays:

a) That her Petition for Damages be filed accordingly, and that the Defendant, WINN DIXIE STORES, INC. d/b/a WINN DIXIE STORE #1472, be duly cited and served with a copy of the Petition, and be required to answer same all in accordance with law;

b) That after due delays and proceedings are had, there be judgment herein in favor of the Petitioner and against the Defendant, in an amount determined and deemed appropriate by this Honorable Court, with legal interest from the date of judicial demand;

c) For all costs of these proceedings; and

d) For all general and equitable relief.

Respectfully submitted,

*Michael Bagneris*

Michael G. Bagneris (Bar #2658)
***Davillier Law Group, LLC***
935 Gravier Street, Suite 1702
New Orleans, LA 70112
Phone (504) 582-6998 | Fax (504) 582-6985
Email: mbagneris@davillierlawgroup.com

*Counsel for the Petitioner, Maryann Hubbard*

**PLEASE SERVE**:

**Winn Dixie Stores, Inc. d/b/a Winn Dixie Store #1472**
Through its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

**ABC Insurance Company**
(Please Hold Service)

4